UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARCUS L. MASON,<br><br>       Petitioner,<br><br>   v.<br><br>WOFFORD,<br><br>       Respondent. | No.  2:13-cv-507 EFB (HC)<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to this court's order dated August 6, 2013, this matter was extended to allow resolution of respondent's motion to consolidate filed in case number 2:13-cv-01051 CMK.  ECF No. 12.

On November 18, 2013, the court granted respondent's motion to consolidate case number 2:13-cv-01051 CMK with this action.  ECF No. 14.  The court found that consolidation of these two cases is appropriate under Fed. R. Civ. P. 42(a) "because they involve the same conviction and a common question of law and fact."  *Id.*

As a result of the consolidation of actions, petitioner now has two outstanding petitions for a writ of habeas corpus that each challenge his 2011 conviction.  However, the petitions are based on different California statutes and supporting facts.  *See* ECF No. 14 at 2 ("Petitioner's first-filed petition in 2:13-cv-00507 EFB (HC) argues that he was entitled to conduct credits pursuant to

1

1  Cal. Pen. Code §§ 2900.5 and 4019.  Petitioner's second petition [in 2:13-cv-1051 CMK] argues that he was entitled to pre-sentence and post-sentence credits for time served in custody, pursuant to Cal. Pen. Code § 654.").  Therefore, petitioner's petition for writ of habeas corpus will be dismissed, and petitioner will be granted leave to file an amended petition that includes all the grounds for relief he seeks.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[1]

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition";

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus; and

4. After petitioner files an amended petition, the court will issue a further order directing respondent to file a response.

DATED: April 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

maso0507.ord

---

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.

2